August 1 2016

951-953 Amsterdam Associates LLC
c/o AAG Management, Inc.
Att: David Grossman
421 Seventh Avenue, 15th Floor
New York, NY 10001

Dear David:

This is to inform you that Ram Eats LLC, DBA Blockheads, will terminate tenancy at 951 Amsterdam Ave, Store 1, New York, NY 10025 in accordance with Article 48 of the lease dated 3/13/07.

Our final day will be September 30, 2016.

As you may know, my partner, Don, and I met with your partners, Jack and Jonathan Lebewohl, in an attempt to reach an accommodation. We had a pleasant meeting but unfortunately could not agree on terms.

It's been a pleasure being your tenant for the past 9 years.

Sincerely,

_____
Ken Sofer

_____
Don Sofer

_____
Diane Kirchner

BLOCKHEADS    104 East 121 Street    New York, NY 10035